JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOSE MEZA-HERNANDEZ,

    Petitioner,

   v.

D. MARIN, et al.,

    Respondents.

Case No. 5:26-cv-00813-MCS-JDE

JUDGMENT

Pursuant to the Order Re: Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that Count Two of the Petition is granted. Respondents shall not re-detain Petitioner without providing him a pre-detention hearing before an immigration judge. The remaining Counts of the Petition are dismissed.

Dated: May 13, 2026

_____
MARK C. SCARSI
United States District Judge

2